# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Erie Insurance Exchange and
Erie Insurance Co.,

      Plaintiffs,                  JUDGMENT IN A CIVIL CASE

vs.                                     3:09-cv-79-GCM

First United Methodist Church of Morganton;
First United Methodist Church Child
Development Center & Preschool;
The Marion District of the United Methodist
Church, Inc.; Tammy McGailliard; Robert E. Roach;
and C. Frank Goldsmith, Jr. as Guardian ad litem for
Minor Plaintiffs BK, BD, and JB,

      Defendants.

DECISION BY COURT. This action having come before the Court by cross motions for summary judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 3, 2010 Order.

                                        Signed: February 3, 2010

                                        Frank G. Johns, Clerk
                                        United States District Court